**Opinion issued January 10, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-01113-CV

———————————

**JUAN LORENZO GONZALEZ AND MALISSA MOORE, INDIVIDUALLY AND AS NEXT FRIEND OF J.G., J.G., J.G. AND A.G., MINORS, Appellants**

**V.**

**REGULATORY CONSULTANTS, INC., Appellee**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-72417**

---

## MEMORANDUM OPINION

Appellants, Juan Lorenzo Gonzalez and Malissa Moore, Individually and as Next Friend of J.G., J.G., J.G. and A.G., Minors, have filed an unopposed motion to dismiss this appeal. Appellants state that they no longer wish to pursue this appeal and further request that all costs be assessed against the party incurring the

same.  *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2), 42.1(a)(1), (d).  No other party has filed a notice of appeal and no opinion has issued.  *See id.* 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal, with costs to be taxed against the party who incurred the same.  *See id.* 42.1(a)(1), (d), 43.2(f).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Lloyd.